PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carol Skipper                                      Cr.: 09-000457-01
                                                                     PACTS Number: 55147

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 11/23/09

Original Offense: Payment to Non-Licensed Physician

Original Sentence: 2 years of Probation; $103,140 restitution and $5,000 fine

Type of Supervision: Prob                           Date Supervision Commenced: 11/23/09

## PETITIONING THE COURT

[X]  To extend the term of supervision for 1 year, for a total term of 3 years.
[ ]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

The offender was ordered to pay monthly installments of $1,000 toward her restitution and $250 toward her fine. In September 2011, it was discovered that the offender had not made any payments for the months of April through October 2011. The offender was instructed to pay the delinquent amount by October 31, 2011. She failed to make any payments by that date. It should be noted that she did make a payment of $1,000 on November 3, 2011. The offender advised that her business has been slow and she has not been receiving any child support for the reason as to why she stopped making payments. To date, she has paid $16,000 toward her restitution and $3,750 toward her fine.

Respectfully submitted,
By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: November 15, 2011

PROB 12B - Page 2
Carol Skipper

THE COURT ORDERS:

[X] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

11/18/11
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To extend the term of supervision for 1 year, for a total term of 3 years.

Witness: *Patricia C. Jensen*
U.S. Probation Officer
Patricia C. Jensen

Signed: *[signature]*
Probationer or Supervised Releasee
Carol Skipper

11/16/11
DATE