# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Carol Skipper  Cr.: 09-000457-01
PACTS #: 55147

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S. District Judge

Date of Original Sentence: 11/23/09

Original Offense: Disclosure of information provided by HIPA

Original Sentence: 2 years probation, $103,140 restitution, $5,000 fine, no new debt, financial disclosure, $25 SA

Type of Supervision: Probation  Date Supervision Commenced: 11/23/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 23, 2009, the offender was began her 24 month term of probation. In November of 2011, the offender consented to the extension of supervision by one year to allow more time to collect the outstanding restitution obligation. |
| | Ms. Skipper has remained compliant with the terms of probation. She has paid a total of $30,805 in restitution, $3,750 toward the fine, and the special assessment has been paid in full. There is an unpaid restitution balance of $72,335.00 and a fine balance of $1,250. Ms. Skipper intends on making an additional $3,000 payment in the next month. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection. |

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Skipper's term of supervision to expire as scheduled on November 22, 2012.

Respectfully submitted,

By: Karen L. Merrigan
U.S. Probation Officer
Date: 11/13/12

---

[X] Concur with the U.S. Probation Office's recommendation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

11/20/12
_____
Date